IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) Case No. 2:05-mj-139 ) ) **O R D E R** |
| 639 Lemon Street, St. Thomas, North Dakota. | ) ) ) |

IT IS HEREBY ORDERED that the Order to Seal dated November 23, 2005, entered by this Court is hereby rescinded and that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Todd Taylor, Special Agent, Minnesota Bureau of Criminal Apprehension, Search Warrant Return, and Motion to Seal can be hereafter kept in the main files of the United States District Court in the above-mentioned matter.

Dated this 15th day of September, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge